UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONALD E. PAYNE, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:09CV496 JCH |
| ) | |
| KINETIC CONCEPTS, INC., et al., ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

This matter is before the Court upon its review of the record. On June 29, 2009, the Court ordered this matter stayed pending arbitration. (Doc. No. 12). The Court further ordered that within ten (10) days of any decision in the arbitration, or by **January 8, 2010**, whichever came first, the parties were to file a joint statement reporting on the progress of the arbitration, and indicating whether the stay should continue. (Id.). On February 17, 2010, the Court continued the stay until August 13, 2010. (Doc. No. 14). The parties filed a status report on December 2, 2010, requesting that the stay in this matter be continued until sometime after the arbitration hearing can be reset. (Doc. No. 16). Upon consideration, the Court will grant the parties' request.

Accordingly,

**IT IS HEREBY ORDERED** that the stay in this action is **CONTINUED**.

**IT IS FURTHER ORDERED** that within ten (10) days of any decision in the arbitration, or by **June 2, 2011**, whichever comes first, the parties shall file a joint statement reporting on the progress of the arbitration, and indicating whether the stay should continue.

Dated this 2nd day of December, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE